[ORAL ARGUMENT NOT YET SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BOTIR MUMINOVICH KADIROV,<br>   Petitioner,<br><br>   v.<br><br>TRANSPORTATION SECURITY<br>ADMINISTRATION and UNITED STATE<br>DEPARTMENT OF HOMELAND SECURITY,<br>   Respondents. | No. 10-1185 |

**JOINT STATUS REPORT**

  The parties respectfully submit this joint motion status report in accordance with the Court's Order of Sep. 17, 2012, holding this case in abeyance pending further order of the Court. The current status of this case is as follows:

  1. As we have previously notified the Court, this case involves a petition for review filed by petitioner Kadirov under 49 U.S.C. § 46110, challenging his alleged inclusion on the Transportation Security Administration's No-Fly List. The government neither confirms nor denies whether any individual is included on the no-fly list. Since Mr. Kadirov's petition for review was filed, however, the parties have engaged in discussions aimed at facilitating Mr. Kadirov's travel from

1

the country of his current residence, Turkey, to the United States. Although those efforts were delayed by Mr. Kadirov's apparent difficulties in obtaining necessary documentation from the Turkish Government, he is making progress and the parties are working together to attempt to facilitate his travel.

2.　　Since the Court's Order placing this case in abeyance, the parties have continued to engage in discussions regarding the possible resolution of this case with the need for this Court's involvement. The parties continue to believe that it may be fruitful to pursue efforts to resolve this dispute amicably.

Respectfully submitted,

/s/ Aderson B. Francois
ADERSON B. FRANCOIS
Howard University School of Law
Clinical Law Center - Civil Rights Clinic
2900 Van Ness Street, NW
Washington, DC   20008
Telephone:   (202) 806-8065
Fax:   (202) 806-8436
*Counsel for Petitioner*


/s/ Sharon Swingle
SHARON SWINGLE
Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W.
Room 7250
Washington, DC   20530
Telephone:   (202) 353-2689
*Counsel for Respondents*

JUNE 2013

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2013, I filed the foregoing Joint Status Report with the Court and served the following counsel, who are registered CM/ECF users, through the CM/ECF system:

Aderson B. Francois
Howard University School of Law
Clinical Law Center - Civil Rights Clinic
2900 Van Ness Street, NW
Washington, DC   20008
Telephone:   (202) 806-8065
Fax:   (202) 806-8436

Ryan K. Quillian
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW, Columbia Center
Washington, DC   20005
Telephone:   (202) 339-8400
Fax:   (202) 339-8500
*Counsel for Petitioner*

/s/ Sharon Swingle
Sharon Swingle
*Counsel for Respondents*